# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

134629 & (22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRITNEY JOANNE HENLEY,
         Plaintiff-Appellee,

v

FRED HERSCHELMAN and
STACEY HERSCHELMAN,
         Defendants-Appellants.

SC: 134629
COA: 278285
Oakland CC: 2006-075303-NO

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 2, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that the proceedings in the Oakland Circuit Court are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

_____
Clerk

p0905